# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                         CASE NO.  3:94cr3028LAC

DOUGLAS BLACK

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____AUGUST 14, 2008_____

Motion/Pleadings:\_MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)_____

Filed by \_DEFENDANT PRO SE_____ on \_8/14/08_____ Doc.# \_318_____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed     _____ Consented

                                WILLIAM M. McCOOL, CLERK OF COURT

_____         *s/Mary Maloy*_____

LC (1 OR 2)             Deputy Clerk: Mary Maloy

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this 16th day of January, 2009, that:

(a) The relief requested is **DENIED.**

(b) Defendant's original offense level was 40, a criminal history category of VI, resulting in a guideline range of 360 months to Life.  With a two level reduction, defendant's offense level would be 38, a criminal history category of VI, still resulting in a guideline range of 360 to Life.  As the guideline range has not been reduced by the retroactive amendments to the Sentencing Guidelines, the Court has no jurisdiction to grant the relief requested.  All other issues raised are properly presented by an 18 U.S.C. §2255 motion.

                                 *s/L.A. Collier*_____

Entered On Docket: _____ By: \_\_           **LACEY A. COLLIER**

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP    *Senior United States District Judge*

Copies sent to:_____

_____

_____

Document No.